IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

vs.                               CASE NO. **4:05CV179GH**

REAL PROPERTY KNOWN AND
NUMBERED AS ASSESSORS PARCEL
NO. 620-530-3400
SAN DIEGO COUNTY, CALIFORNIA
THE SAME BEING 558 WISTERIA
CHULA VISTA, CALIFORNIA 91911                                       DEFENDANT

## **ORDER**

Pending before the Court is plaintiff's motion to lift the stay and reopen this action. Plaintiff states that states that the owner of the subject property has pled guilty and has agreed to forfeit the property. The Court previously stayed this action pursuant to 18 U.S.C. § 981(g)(1). Plaintiff also asks that the caption of the case be amended to reflect the correct parcel number, that is that the parcel be changed to 620-530-34.

Accordingly, the motion to lift the stay and reopen this action is granted. The motion to amend the caption is granted.

IT IS SO ORDERED this 24th day of April, 2006.

*George Howard Jr.*
UNITED STATES DISTRICT JUDGE

-1-